

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| PATRICIO ALEJANDRO CASTANEDA, | § | No. 08-14-00192-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20100D04935) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time to file the brief until **January 7, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Charles L. Roberts, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before January 7, 2015.

IT IS SO ORDERED this 5th day of January, 2015.

PER CURIAM

Before McClure, CJ, Rodriguez and Hughes, JJ.